# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LEE ALLEN THOMAS, | No. CV 12-4916-PSG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. BARNES, Warden, HDSP, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: March 1, 2013

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE